# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ROMAN TYMIAK, INDIVIDUALLY AND
AS EXECUTOR OF THE ESTATE OF
SYDIR MICHAEL TYMIAK,

          Petitioner

          v.

KERMIT HOUSER, MBM
COLLECTIONS, LLC AND LIFE
ENRICHMENT TRUST, INC.,

          Respondents

:  No. 78 WM 2023

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of February, 2024, the "Petition for Review Addressed to the King's Bench and/or Extraordinary Jurisdiction of the Supreme Court of Pennsylvania" is DENIED.